| | |
|---|---|
| UNITED STATES DISTRICT COURT | Courtroom 940 |
| EASTERN DISTRICT OF NEW YORK | DATE: 1/16/2025    TIME: |
| BEFORE: GARY R. BROWN, U.S. DISTRICT JUDGE | |

CASE: Civil Cause for Pre-Motion Conference
2:23-cv-01651-GRB-AYS Hernandez v. Post Maple Restaurant LLC et al

APPEARANCES:    Plaintiff:  **Katelyn Marie Schillaci**

Defendant:  **David L. Weissman**

FTR: 10:54-11:28
Court Reporter:         (Please contact directly to order the transcript
https://www.nyed.uscourts.gov/transcript-information )

**Motion for:**  motion to dismiss
**Movant:**

Case called.

☒ Counsel for all sides present.

☒ Pre-motion conference held.

☐ Parties to meet and confer and submit a schedule within 2 weeks.

☐ Motion Schedule set.    Motion served by:
Response served by:
Reply and all papers filed by:

☐ Discovery to proceed while motion is pending. Parties to contact Magistrate Judge assigned to the case to schedule an Initial Conference.

☒ Motion argued.

☐ The Court deems the motion made.

☒ Other: For the reasons set forth on the record, the court will allow the parties to brief a partial summary judgment motion. Brief due within 60 days, response due within 30 days, 2 weeks for a reply.

☐ The parties are to submit order on notice to all parties.

☐ Settlement discussed. Choose an item.

☐ Jury Selection and trial set for:
Joint pretrial order due by:

\*\* To obtain a copy of the transcript counsel should contact the ESR department in Central Islip at (631) 712-6030. Instructions and forms for requesting a transcript can be found at https://www.nyed.uscourts.gov/ under the *Court Information* tab.\*\*